**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-35600** |
| **ASAIG, LLC,** *et al.*, | § | |
| | § | **Chapter 11** |
| **Debtors.**[1] | § | |
| | § | **(Jointly Administered)** |

**NOTICE OF APPOINTMENT OF CHIEF RESTRUCTURING OFFICER**

**PLEASE TAKE NOTICE** that on November 17 and 24, 2020, ASAIG, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2020, the Debtors executed: (i) that certain Engagement Letter (the "Engagement Letter") with Carl Marks Advisory Group LLC ("CMAG") and retained Brian Williams (the "Chief Restructuring Officer") to act as independent manager of Debtor Aztec / Shaffer, LLC and as Chief Restructuring Officer of the Debtors during the Chapter 11 Cases; and (ii) that certain Unanimous Consent of Managers of ASAIG, LLC in Lieu of Special Meeting which, *inter alia*, (a) approved the Engagement Letter between the Debtors and CMAG, and (b) authorized and approved the retention of the Chief Restructuring Officer pursuant to the terms of the Engagement Letter. For the avoidance of doubt, the employment and retention of the Chief Restructuring Officer and CMAG as estate professionals remains subject to Court approval, and

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Aztec / Shaffer, LLC (2038); and ASAIG, LLC (2323). The Debtors' service address is: 601 W. 6th Street, Houston, Texas 77007.

the Debtors will file professional employment applications pursuant to applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas.

Dated: December 8, 2020.

**OKIN ADAMS LLP**

By:     /s/ *Matthew S. Okin*
       Matthew S. Okin
       Texas Bar No. 00784695
       Email: mokin@okinadams.com
       David L. Curry, Jr.
       Texas Bar No. 24065107
       Email: dcurry@okinadams.com
       Ryan A. O'Connor
       Texas Bar No. 24098190
       Email: roconnor@okinadams.com
       1113 Vine St., Suite 240
       Houston, Texas 77002
       Tel: 713.228.4100
       Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

By:     /s/ *Ryan A. O'Connor*
       Ryan A. O'Connor